**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROGER L. SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-565-M |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 21, 2011, United States Magistrate Judge Bana Roberts issued a Report and

Recommendation in this action in which plaintiff seeks judicial review of the final decision of

defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's

applications for disability insurance benefits and supplemental security income benefits under the

Social Security Act.  The Magistrate Judge recommended the Commissioner's decision be reversed

and remanded for further administrative proceedings.  The parties were advised of their right to

object to the Report and Recommendation by January 10, 2012.  A review of the file reveals no

objection has been filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on
        December 21, 2011;

(2)     REVERSES the decision of the Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and
        Recommendation; and

(4)     ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 12th day of January, 2012.**