# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROGER L. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-11-565-M |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 21, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by January 10, 2012. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 21, 2011;

(2)   REVERSES the decision of the Commissioner;

(3)   REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)   ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 12th day of January, 2012.**